218 So.2d 704

**Jon Bart MULLER**

v.

**STATE.**

**1 Div. 557.**

Supreme Court of Alabama.

Feb. 6, 1969.

Bert S. Nettles, Mobile, for petitioner.

MacDonald Gallion, Atty. Gen., and Walter S. Turner, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice

Petition of Jon Bart Muller for certiorari to the Court of Appeals to review and revise the judgment and decision in Muller v. State, 44 Ala.App. 637, 218 So.2d 698.

Writ denied.

SIMPSON, COLEMAN and BLOODWORTH, JJ., concur.

219 So.2d 856

**James A. RABON et al.**

v.

**BROOKLEY FEDERAL CREDIT UNION et al.**

**1 Div. 463.**

Supreme Court of Alabama.

Sept. 26, 1968.

Rehearing Denied March 6, 1969.

Curtis L. Moody, Mobile, and C. Lenoir Thompson, Bay Minette, for appellants.

Sam W. Pipes, III, Irwin W. Coleman, Jr., Lyons, Pipes & Cook and Wm. L. Green, Mobile, for Brookley Federal Credit Union.

J. Jeptha Hill and Ben H. Harris, Jr., McCorvey, Turner, Johnstone, Adams & May, Mobile, for Minnesota Mutual Life Ins. Co.

LAWSON, Justice.

Reversed and remanded on authority of Knox v. Cuna Mutual Insurance Society, Ala., 213 So.2d 667, decided August 15, 1968, and on authority of White et al. v. Brookley Federal Credit Union et al., 283 Ala. 597, 219 So.2d 849, this day decided.

Reversed and remanded.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.